# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER DALE BANKS,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ALABAMA DEPARTMENT OF** )<br>**CORRECTIONS, et al.,** )<br>)<br>**Defendant.** ) | **CASE NO.:**<br><br>**2:15-cv-518-VEH-JEO** |

## MEMORANDUM OPINION

In accordance with the usual practices of this court, and 28 U.S.C. § 636(b)(1), this matter was referred to a magistrate for a preliminary report and recommendation. On November 10, 2015, the magistrate recommended "that the complaint be **DISMISSED** without prejudice [ pursuant to 28 U.S.C. § 1915A(b)(1)] for failing to state a claim upon which relief may be granted." (Doc. 12 at 7) (bold in original). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that the plaintiff has failed to state a claim upon which relief may be granted, and that this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** this the 2nd day of December, 2015.

*[signature]*
**VIRGINIA EMERSON HOPKINS**
United States District Judge